UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>    Plaintiff,<br><br>  v.<br><br>EL DORADO COUNTY SHERIFF ET AL.,<br><br>    Defendants. | No.  2:21-cv-01622 DAD DB<br><br><br>ORDER |

  Plaintiff, a former[1] county inmate, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983.  By order filed March 30, 2023, the court issued an order dismissing plaintiff's first amended complaint with leave to file a second amended complaint.  (ECF No. 16.)

  Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.  The court's March 30, 2023, order was

---

[1] Records indicate that plaintiff is no longer in the custody of El Dorado County. See https://edso.crimegraphics.com/2013/default.aspx?InitialTab=8 (inmate locator website operated by the El Dorado County Sheriff's Office). This court may take judicial notice of such information. Louis v. McCormick & Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records); Pacheco v. Diaz, No. 1:19-cv-0774 SAB (PC), 2019 WL 5073594, at *2 (E.D. Cal. Sept. 4, 2019) (court may take judicial notice of the California Department of Corrections and Rehabilitation's inmate locator system).

1

returned as undeliverable. Plaintiff indicated in his first amended complaint that he is currently located at Napa State Hospital and no longer located at his previous record address, the El Dorado County Jail. (ECF No. 15 at 1.) On June 26, 2023, the Clerk of the Court changed plaintiff's address of record to Napa State Hospital.

Accordingly, plaintiff is ordered to file a second amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall either file an amended complaint or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders;

2. Failure to comply with this order will result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to serve this order and the court's March 30, 2023 order (ECF No. 16) on the following addresses:

    a. Plaintiff's current record address: Napa State Hospital, 2100 Napa-Vallejo Highway, Napa, CA 94558-6293.

    b. Plaintiff's former record address: El Dorado County Jail, 300 Forni Road, Placerville, CA 95667.

Dated: July 5, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/crai1622.fta show cause

2