UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG, | No. 2:21-cv-01622-DAD-DB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| EL DORADO COUNTY SHERIFF, et al., | |
| Defendant. | (Doc. No. 18) |

Plaintiff Norman John Craig is a former county inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders. (Doc. No. 18.) In particular, on July 6, 2023, plaintiff was ordered to show cause why this case should not be dismissed due to his failure to prosecute and failure to comply with court orders, and he failed to respond to that order or

/////
/////
/////
/////

1

otherwise communicate with the court.[1]  (*Id.*; Doc. No. 17.)  The pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[2]  (Doc. No. 18 at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 25, 2023 (Doc. No. 18) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 3, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1]  The service copy of the order to show cause that was served on plaintiff at his address of record was returned to the court marked as "Undeliverable, Unable to Forward."  Thus, plaintiff was required to file a notice of his change of address with the court no later than September 28, 2023.  Indeed, the service copy of a court order dated March 30, 2023 was returned to the court marked as "Undeliverable," and plaintiff was first required to update his address by June 20, 2023 and failed to do so.  To date, plaintiff has still not filed a notice of his change of address or otherwise communicated with the court.

[2]  The service copy of the findings and recommendations was also returned to the court marked as "Undeliverable, unable to forward."

2